# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re  *Dryden Advisory Group, LLC*

Case No.

Chapter  *11*

_____ ,
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Citibank, N.A.*<br>*210 Lexington Drive*<br>*Glendale CA 91203* | Phone:<br>*Daniel J. Carrigan, Esquire*<br>*901 K Street NW*<br>*Washington DC 20001* | *Money Loaned* | | *$ 1,200,000.00* |
| 2<br>*Beneficial Bank-Loans*<br>*530 Walnut Street*<br>*Philadelphia PA 19106-3696* | Phone:<br>*Jeffrey S Feldman, Esquire*<br>*1300 Virginia Drive*<br>*Suite 325*<br>*Fort Washington PA  19034* | *Money Loaned* | | *$ 1,156,279.00* |
| 3<br>*Beneficial Bank-Loans*<br>*530 Walnut Street*<br>*Philadelphia PA 19106-3696* | Phone:<br>*Jeffrey S Feldman, Esquire*<br>*1300 Virginia Drive*<br>*Suite 325*<br>*Fort Washington PA  19034* | *Money Loaned* | | *$ 1,156,279.00* |
| 4<br>*Durham Commercial Capital Corp*<br>*Building 20*<br>*Pittsford NY  14534* | Phone:<br>*Durham Commercial Capital Corp*<br>*101 Sullys Trail*<br>*Pittsford NY 14534* | *Money Loaned* | D | *$ 352,000.00* |
| 5<br>*Beneficial Bank-Loans*<br>*530 Walnut Street*<br>*Philadelphia PA 19106-3696* | Phone:<br>*Beneficial Bank-Loans*<br>*530 Walnut Street*<br>*Philadelphia PA 19106-3696* | *Revolving Note* | | *$ 324,621.00* |

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Sharp & Assoc.<br><br>Suite 250<br>Horsham PA  19044 | Phone:<br>Sharp & Assoc.<br>100 Tournament Drive<br>Suite 250<br>Horsham PA  19044 | Services | D | $ 79,250.00 |
| 7<br>Aaron Ridley<br>2401 Forest Lane<br>Harrisburg PA 17112 | Phone:<br>Aaron Ridley<br>2401 Forest Lane<br>Harrisburg PA 17112 | Wages | | $ 64,715.74 |
| 8<br>Michael Eismann<br>2310 Abbey Lane<br>Harrisburg PA 17112 | Phone:<br>Michael Eismann<br>2310 Abbey Lane<br>Harrisburg PA 17112 | | | $ 64,247.87 |
| 9<br>William Felker<br>PO Box 1401<br>Camp Hill PA 17001 | Phone:<br>William Felker<br>PO Box 1401<br>Camp Hill PA 17001 | Services | | $ 51,690.00 |
| 10<br>Phillips Group<br>PO Box 61020<br>Harrisburg PA 17106-1020 | Phone:<br>Phillips Group<br>PO Box 61020<br>Harrisburg PA 17106-1020 | Rental of Equipment | | $ 35,907.60 |
| 11<br>Shawn Sheasley<br>835 Rathron Road<br>York PA 17403 | Phone:<br>Shawn Sheasley<br>835 Rathron Road<br>York PA 17403 | Wages | | $ 27,016.05 |
| 12<br>Wildman & Obrock<br>515 South 29th Street<br>Harrisburg PA 17104-2104 | Phone:<br>Wildeman & Obrock<br>515 South 29th Street<br>Harrisburg PA 17104-2104 | Accounting Services | | $ 26,860.60 |

**B4 (Official Form 4) (12/07)**

_____ ,
　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>OLS<br><br>Suite 101<br>Harrisburg PA 17112 | Phone:<br>OLS<br>5405 Jonestown Road<br>Suite 101<br>Harrisburg PA 17112 | | | $ 22,827.00 |
| 14<br>Bank of America<br>115 West 42nd Street<br>New York NY 10036 | Phone:<br>Bank of America<br>115 West 42nd Street<br>New York NY 10036 | | | $ 20,020.11 |
| 15<br>Drew Morris<br><br>Suite 212<br>Riverton NJ 08077 | Phone:<br>Drew Morris<br>604 Main Street<br>Suite 212<br>Riverton NJ 08077 | | | $ 11,816.36 |
| 16<br>Enders<br>PO Box 6118<br>Harrisburg PA 17112-0118 | Phone:<br>Enders<br>PO Box 6118<br>Harrisburg PA 17112-0118 | | | $ 9,736.00 |
| 17<br>Caryn Manning-Hand<br>1646 Red Hill Road<br>Dauphin PA 17018 | Phone:<br>Caryn Manning-Hand<br>1646 Red Hill Road<br>Dauphin PA 17018 | | | $ 7,716.85 |
| 18<br>Highmark Health<br>PO Box 382120<br>Pittsburgh PA 15251-8120 | Phone:<br>Highmark Health<br>PO Box 382120<br>Pittsburgh PA 15251-8120 | | | $ 6,739.81 |
| 19<br>CCH<br>PO Box 4307<br>Carol Stream IL 60197-4307 | Phone:<br>CCH<br>PO Box 4307<br>Carol Stream IL 60197-4307 | | | $ 6,491.22 |
| 20<br>Traci Yanich<br>PO Box 62142<br>Harrisburg PA 17106 | Phone:<br>Traci Yanich<br>PO Box 62142<br>Harrisburg PA 17106 | | | $ 5,656.40 |

_____ ,
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Limited Liability Company

I, *John O Ridley* _____, *Manager* _____ of the *Limited Liability Company* named

as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that

they are true and correct to the best of my knowledge, information and belief.


Date: *2/16/2015* _____       Signature */s/ John O Ridley* _____

                              Name: *John O Ridley*

                              Title: *Manager*