# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| DRYDEN ADVISORY GROUP, LLC, | Case No. 15-00545 (MDF) |
| Debtor. | |
| DRYDEN ADVISORY GROUP, LLC, | |
| Movant, | |
| v. | |
| BENEFICIAL MUTUAL SAVINGS BANK, CITIBANK, N.A., and DURHAM COMMERCIAL CAPITAL CORP., | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2015, a copy of the foregoing *Response of Beneficial Bank to Motion of Durham Commercial Capital Corp. for Reconsideration of Order Dated February 25, 2015* was served upon the following parties, as noted below:

| | |
|---|---|
| Henry W. Van Eck, Esquire<br>Mette, Evans, & Woodside<br>3401 North Front Street<br>Harrisburg, PA 171100950<br>*Counsel for Debtor*<br>*Via ECF and E-mail* | Citibank, N.A.<br>c/o Daniel K. Carrigan, Esquire<br>901 K. Street NW<br>Washington, D.C. 20001<br>dcarrigan@bakerdonelson.com<br>*Via E-mail* |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>*Via ECF and E-mail* | Deirdre Marie Richards, Esquire<br>1608 Walnut Street<br>Philadelphia, PA 19103<br>*Counsel for Durham Commercial Capital Corp.*<br>*Via ECF and E-mail* |

/s/   Christine L. Barba
Christine L. Barba

DMEAST #21124265 v1